# EXHIBIT A

## CSI INVOICE FOR SS FENCE

| Date | Invoice # |
| --- | --- |
| 8/10/2005 | 66 |

| Date | Invoice # |
| --- | --- |
| 8/10/2005 | 66 |

**Bill To**

SS Fence
PO Box 521
Fairborn, Ohio 45324
Rogers, Arkansas Job
Partial Invoice/ Posts+Labor

| Description | Qty | Rate | Amount |
| --- | --- | --- | --- |
| Furnish 23 - 5" x 16' - 5/16" Wall Posts | 23 | 500.00 | 11,500.00 |
| Furnish 2 - 7" x 16' x 5/16" Wall Posts | 2 | 683.04 | 1,366.08 |
| Furnish 45 - 7" x 24' x 5/16" Wall Posts | 45 | 934.56 | 42,055.20 |
| Furnish 13 - 7" x 26' x 5/16" Wall Posts | 13 | 997.44 | 12,966.72 |
| Furnish 6 - 8" x 24' x 5/16" Wall Posts | 6 | 1,052.48 | 6,314.88 |
| Subtotal, Fabrication | | | 74,202.88 |
| Labor to Install 23 - 5" x 16' Posts | 23 | 100.00 | 2,300.00 |
| Labor to Install 2 - 7" x 16' Posts | 2 | 100.00 | 200.00 |
| Labor to Install 45 - 7" x 24' Posts | 45 | 100.00 | 4,500.00 |
| Labor to Install 13 - 7" x 26' Posts | 13 | 100.00 | 1,300.00 |
| Labor to Install 6 - 8" X 24' Posts | 6 | 125.00 | 750.00 |
| Subtotal, Labor | | 0.00% | 9,050.00 |
| | | | 0.00 |

**Total** $83,252.88