IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CENTRAL STATES IRON, INC.                                                                    PLAINTIFF

v.                                                  CASE NO. 07-5041

SS FENCE & IRON, LLC,
SCOTT HELTON, AND FIFTH
THIRD BANK, INC.                                                                            DEFENDANTS

ORDER

Now before the Court is the Motion to Withdraw as Counsel for Separate Defendants (Doc. 23) filed by Seth M. Haines, counsel for separate Defendant SS Fence & Iron, LLC and Scott Helton.

Mr. Haines advises the court that he has provided reasonable notice to his client and opposing counsel that he is seeking to withdraw as counsel, pursuant to Local Rule 83.5(f) of the Western District of Arkansas. Accordingly, the Motion to Withdraw as Counsel for Separate Defendants (Doc. 23) is **GRANTED** and he may withdraw his appearance in this action.

Separate Defendant SS Fence & Iron, LLC has twenty (20) days from the date of this Order for its new counsel to enter an appearance. Separate Defendant Scott Helton has twenty (20) days from the date of this order for his new counsel to enter an appearance or for Mr. Helton to advise the court he is proceeding pro se.

IT IS SO ORDERED.

Dated:   July 23, 2007

/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge