```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

CENTRAL STATES IRON, INC.                              PLAINTIFF

VS.                       CASE NO. 07-5041

SS FENCE & IRON, LLC and
SCOTT HELTON                                          DEFENDANTS

## ORDER

    Now on this 12th day of December, 2007, there comes on for consideration Plaintiff's Motion for Sanctions (Doc. 25) against Defendants. Plaintiff moves the Court to enter judgment in its favor as Defendants failed to comply with the Court's order directing them to obtain new counsel. The U.S. District Clerk mailed copies of the Motion to each Defendant at their last known address, and the mail was not returned. Defendants have not responded to the Motion for Sanctions. Should Defendants respond to the Motion or Plaintiff locate Defendants prior to the scheduled trial date of February 11, 2008, the Court will address the Motion. Otherwise, the Court will hold the Motion in abeyance until trial.

    IT IS SO ORDERED.

                                           /s/ Robert T. Dawson
                                           Honorable Robert T. Dawson
                                           United States District Judge