```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

CENTRAL STATES IRON, INC.                              PLAINTIFF

        v.        Civil No. 07-5041

SS FENCE & IRON, LLC and
SCOTT HELTON                                          DEFENDANTS

## DEFAULT JUDGMENT

Now on this 3rd day of March, 2008, there comes on for consideration Plaintiff's Motion for Sanctions (Doc. 25) asking the Court to enter judgment against Defendants for their failure to defend this action. Upon due consideration, the Court finds the motion should be GRANTED.

Based upon the evidence presented at the hearing this day, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff is entitled to a default judgment against Defendants for their willful failure to defend this action and to obey the orders of this Court. Plaintiff shall have and recover from defendants SS Fence & Iron, LLC, and Scott Helton, judgment in the amount of $88,327.88 with prejudgment interest from August 3, 2005, at a rate of 6% per annum. Further, Plaintiff is entitled to post-judgment interest on the entire amount until paid at the rate of 1.98% per annum.

Plaintiff's counsel is advised to file any request for attorney's fees and costs within ten (10) days.

**AO72A**
**(Rev. 8/82)**

```
     IT IS SO ORDERED this 3rd day of March 2008.


                              /s/ Robert T. Dawson
                              HONORABLE ROBERT T. DAWSON
                              United States District Judge
```