IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CENTRAL STATES IRON, INC.                                    PLAINTIFF

        v.          Civil No. 07-5041

SS FENCE & IRON, LLC and
SCOTT HELTON                                                DEFENDANTS

## ORDER

Now on this 19th day of March, 2008, there comes on for consideration Plaintiff's Motion for Attorneys' Fees and Costs (Doc. 31) and Brief in Support (Doc. 32). Upon due consideration, the Court finds the motion should be GRANTED.

Accordingly, in addition to the amount awarded in the default judgment on March 3, 2008 (Doc. 30), IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's counsel shall have and recover from defendants SS Fence & Iron, LLC, and Scott Helton, attorney's fees and costs in the amount of $9,136.58 with post-judgment interest on the entire amount until paid at the rate of 1.52% per annum.

IT IS SO ORDERED this 19th day of March 2008.

                                              /s/ Robert T. Dawson
                                              HONORABLE ROBERT T. DAWSON
                                              United States District Judge